USDC / New Hampshire
Concord NH 03...
in Conceptual Democracy Harm, pain and Damages

**Civil Complaint** — Jury Trial Demand — Civil Case N... New Hampshire Concord

That 351 Ms of 3rd Party Defendants caused for complaints prior to current complaints are results of leadership denial of crisis pains, harms, damages due denial of Democratic rights and privileges to plaintiff Rev Dr Kamal Roy and his lawful Association #1 plaintiff during last 2 weeks of June-July in USA at Franklin NH on 7/3/2007

(2) The Rev Dr Kamal Roy 14 Kiwassa Rd #56 S/L NY swear with The Rev Dr Kamal Roy is a US Member Republican Party hopeful and candidate, as Democratic intellectual theme/faith has established existence in court

7/3/2007

That USA b a Jurisdiction Defendant of this action and has USA Law Offices in the courts Jurisdiction.

We the people of USA pursuant to USA constitution as amended until current ed[ition]

By Jungle Democracy, Cat and Mouse doctrine of oppressors to weaker people/Nations used by powerful entities, people, Nations, superpower viz USA, a Democratic republic as recognized by U.N.O. (Worldly) & the mobile Book publication of New York of same nomenclature Non-Profit Townsend by PKs with EIN 13-25...
& street address 107A Scribner Avenue, Staten Island, NY City NY 10301 :: Mailing Address P.O. Box 1173, Saranac Lake, New York 12983 : email — vishwa_08@yahoo.com
Tel (718) 891-5466

By a President of the Assn above.

#2 The Reverend Dr Kamal R Roy a/k/a Joseph Geronimo Jr SS# 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 Poor — Part Disabled mobile clergy/Author of above named book volume & a Declared hopeful and Republican Party (NYs Franklin County) Presidential (US) 2008 et al. All places by authority V.S. we the people of USA by authorities southern & rest
① Mr. John Roberts CJ Sabrina ...  v. we the people by US Court

The Reverend Geronimo Jr Dr Joseph Geronimo Jr a/k/a The Rev Dr Kamal R.B for plaintiffs / hope all
on announce on 6/25/07

⑤ The Reverend Dr Kamel K K Roy — A mobile clergy at ... County, NH
for plaintiffs (14) No All (Ross) US citizen Kamal Roy as a US citizen was born and a/k/a Joseph Geronim[o] at Guam, a US territory — A ...

⑥ Defendants ...

**FILED** US DISTRICT COURT 2007 JUL -6 A 10: 55
Case 1:07-cv-00199-SM Document 1 Filed 07/06/07 Page 1 of 2

That Defendants the nine Judges of US Supreme Court Hon John Roberts, the Chief Justice US, Mr McConnell of 10th circuit USCA, Mrs S.L. Robinson USDJ harmed, damaged, pained my democratic sentiments and caused pain and immense damages to IN THE USDC / New Hampshire / Court Plaintiffs

As Mr Chief Justice Roberts was appointed after nomination and Senate (US) confirmation etc after a jungle democratic efforts of Hon G W Bush when Roberts was anteceded for a lifetime salary position at US Supreme Court Wash pt dc by a Master_Slave democratic reward as Roberts had helped George Bush to contravene as US President in 2001 Florida Court actions et al when Bush At Gore vote race was inconclusive in democratic considerations but, Roberts episode violated many democratic norms. A sr. employment opportunity was killed deleted from the Lucid of able Jurists in USA

The Rev Dr Kamal K Roy Jr Plaintiff Proper se US citizen by Officer of Unincorporated Associates (U.S.P.) Unincorpor.

Rev Dr Kamal K Roy
7/3/2007