```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Kamal Karna Roy also known as
Dr. Joseph Geronimo, Jr.,
for We the People by Jungle
Democracy

    v.                                        Civil No. 07-cv-199-SM

We the People by US Government Authority
George W. Bush, United States of America,
Hillary Rodham Clinton, Joseph Liberman,
Eliot Spitzer

## REPORT AND RECOMMENDATION

Plaintiff has filed a pile of papers with "gibberish" writings that the Clerk accepted as a complaint. Because it was incomprehensible and did not comply with LR 5.1 or Fed. R. Civ. P. 8(a), I ordered that plaintiff refile it in accordance with LR 5.1 and Rule 8 (not 5 as indicated). Plaintiff failed to refile as directed. The court lacks jurisdiction over any of the parties. I recommend that the "complaint" be dismissed without prejudice.

Any objections to this report and recommendation must be filed within ten days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law

<u>Committee v. Gordon</u>, 979 F.2d 11, 13-14 (1st Cir. 1992); <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986).

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date:  August 21, 2007
cc:   Kamal Karna Roy, pro se