U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 0 4 2007

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Kamal Karna Roy also known as
Dr. Joseph Geronimo, Jr.,
for We the People by Jungle
Democracy

    v.                            Civil No. 07-cv-199-SM

We the People by US Government Authority
George W. Bush, United States of America,
Hillary Rodham Clinton, Joseph Liberman,
Eliot Spitzer

## REPORT AND RECOMMENDATION

      Plaintiff has filed a pile of papers with "gibberish"
writings that the Clerk accepted as a complaint.  Because it was
incomprehensible and did not comply with LR 5.1 or Fed. R. Civ.
P. 8(a), I ordered that plaintiff refile it in accordance with LR
5.1 and Rule 8 (not 5 as indicated).  Plaintiff failed to refile
as directed.  The court lacks jurisdiction over any of the
parties.  I recommend that the "complaint" be dismissed without
prejudice.

      Any objections to this report and recommendation must be
filed within ten days of receipt of this notice.  Failure to file
objections within the specified time waives the right to appeal
the district court's order.  See Unauthorized Practice of Law

Committee v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United

States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

James R. Muirhead
United States Magistrate Judge

Date:  August 21, 2007
cc:  Kamal Karna Roy, pro se

2

Case 1:07-cv-00199-SM   Document 13   Filed 08/24/07   Page 3 of 9

Jury Trial
Demanded

IN THE U.S. D Court for
Eastern District of Arkansas
at Little Rock, AR 72201

Civil
Case No
① Democratic rights
Privileges are like to
② Damages citizens of 19 is like rights
death limits For Action
Sought

1.9 (one point 9
Million
US$

to
5
Trillion
US$

from
Defendants
(178 No)
and 376
No
of Third
Party
Defendants
did
who violate
All Plaintiffs
And Damaged

Main Defendants of Current one

⑧ "We the people" of U.S Consti
tution

By- ① The U.S.A Govt, C/o U.S. Attorney
General & US Pres
② The Govt of India, New Delhi ③ Govt of We
Washington DC Bengal 2011K
③ ④ President USA' George Bush (Hon)
⑤ Amanda Bazar Patrika Pvt Ltd, 8 Prafulla Sarkar

④A ⑤ New York Times Company St K01K
4b N.y city NY 10029 7000 11
4 D Avik Sarkar Principle owner & chief Editor

④ All News Media and Conglomerates
in USA who are alleged to the
violations of News as produce of
News industries in USA, to undermine
and violated U.S Anti trust
Laws to Stiffle Electoral competition
and race of US President – 2008, the
official preparations are in process
in U.S.A – 5 While the Reverend Dr
Kamal K P Roy was a declared (5)pres
hopeful and Candidate of US. Presiden-
tial Electoral contest / competition – 2008
The conglomerats are stiffling the
Same competition of us President 2008

The Affidavit
We swear
under
penalty
of
perjury
by Kamal
Dr K P Roy for all Plaintiffs
Dr Kamal Roy Plaintiff
19 Plaintiff

④

The Union of Bad Law Threatening
Sources in Politico Religio

→ Plaintiff #1

Page 1-5

Viz "Jungle Democracy, of ...... CAT (unincorporated)
Civil and Monse Doctrine → thressions
Rights on weaker people by powerful people
& other law powerful entities / Nations / superpower
Violations viz U.S.A on World Wide Democratic
and ...... Republics under UNO membership of
Nations. Street address of
Plaintiff #1. 107 A Scribner
Plaintiffs Ave, Staten Island, NY City,
(14 Nos) NY 10301 & for all Plaintiff List
Unincorporated Assns 12 Nos. (attachn'
Street Address EIN 13-3566610

vs of U.S. citizen plaintiff designated
"We the as Plaintiff #2 viz
people" The Rev Dr kendu kk Roy a/k/a
of U.S End was born as Joseph Geronimo
Constitution Jr (born in Guam U.SA)
by people is 14 Kiwassa Rd #66
& U.S. Govt Saranac Lake NY 12983 & Mailing
Washington D.C.; Address, P.O. Box 1173 S.L,
3° President ...... New York 12983
N News conspiracy in Dr Roy is part Disabled but
...... he enti that laws ...... to move as a medical clergy
...... in U.S.A & at Arkansas, Little Rock

Affidavit on 8/20/07

Page (4?)

- Jury Trial US D' Court / for district of New Hampshire at Concord

Civyl Case No: —

① Assen:
Committee to elect

- - - Rev Dr Kamel K K Roy
as US President in 2008

Street Address
107 A scribner Ave NY 10301

② 17 Other Unincorporated US
Asso. Assen

EIN 13-35166 ID

see List elected
By represented prose by U.S President
Candidate/complainant Rev Dr
Kamel KK Roy AHC Joseph
Geronimo Jr born in
Guam, US citizen
EIN 13-35166 ID by DVIK

Candidate/republican
Party, Rev Dr
Kamel Kearne
Roy
Mailing address
for all Plaintiff
(18)
c/o PO Box 1173
Saranac Lake NY 12983
Ph (518) 891-5466
EMail: VISHWA_DIT @ Yahoo.Com
Date of Filing 8-13-2007
Complaint

(Non Brahul) Vs
Federal Election
① Commission
E St NW
Washington DC
we the
people of
US Constitution
by USA
① on poor
person's affidavit

Vs
3rd parties
276 NS
276 NS

② Defendant
US Govt
(3) News media
Govt's etc
9+ all

Rev Dr
Kamel KK Roy
AN 29 Plaintiff
prose - 18
Association
+ us citizen

Rev Dr Kamel KK
Roy
19 NS
Plaintiff

Rev Dr Kamel
Roy 8/24 58 200?
(6)

Notice of
Objection

Dear Sirs/Madam,

The undersigned
Plaintiff/Appellants Attorney
...in USDC...

...shall move...
...1st circuit...
...U.S. Court of Appeals...
...basically ignore rights to redress
...to petition Gov't...
...grievances of US Citizens...

US Citizens deserved...
...Lawfully investigate...
...to U.S. Citizens...

Notice of objection
to Magistrate Judges
report etc dt 8/21/07

To
US D Court
for District
of New
Hapshire
at Concord
NM

Rev Kamel
K K R

U.S. DISTRICT COURT

List of Main Defendants