UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kamal Karna Roy also known as</u>
<u>Dr. Joseph Geronimo, Jr.,</u>
<u>for We the People by Jungle Democracy</u>

      v.            Civil No. 07-cv-199-SM

<u>We the People by US Government Authority</u>
<u>George W. Bush, United States of America,</u>
<u>Hillary Rodham Clinton, Joseph Liberman,</u>
<u>Eliot Spitzer</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 21, 2007.  The complaint is dismissed without prejudice.

SO ORDERED.

September 5, 2007

_____
Steven J. McAuliffe
Chief Judge

cc:  Kamal Karna Roy, pro se